```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )
                               )          4:04CR3143
         v.                    )
                               )
DARRYL G. WILHELMI JR.,        )
                               )             ORDER
              Defendant.       )
                               )
```

　　　IT IS ORDERED:

　　　1.  The plea hearing is continued on defendant's oral motion to June 2, 2005 at 9:00 a.m. before the undersigned.

　　　2.  Defendant orally waived his right to a speedy trial and the court therefore finds that the ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between May 3, 2005 and June 2, 2005 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

　　　DATED this 3rd day of May, 2005.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ *David L. Piester*
　　　　　　　　　　　　　　　　　　　David L. Piester
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge