IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3143 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DARRYL G. WILHELMI JR., | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion to continue hearing and to change residence (filing 45) is denied.

    September 12, 2005.           BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge