IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3143 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DARRYL G. WILHELMI JR., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The government's request for hearing (filing 57) is granted.

(2)   The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 55) has been set before the undersigned United States district judge on Tuesday, September 9, 2008, at 1:00 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3)   The United States Marshal is directed to return the defendant to the district for the hearing.

June 18, 2008.                    BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge